PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
ZACHARY BERKOFF-CANE, WA 47988
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (410) 966-1542
      Facsimile: (415) 744-0134
      E-Mail: zachary.berkoff@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| BRADEN SCOTT MCDANIEL,<br><br>   Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. 1:21-cv-00676-SKO<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>**(Doc. 21)** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The

parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  January 27, 2023               */s/  Jonathan Omar Pena\**
                                        JONATHAN OMAR PENA
                                        Attorney for Plaintiff
                                        *Authorized via e-mail on January 26, 2023

                                        PHILLIP A. TALBERT
                                        United States Attorney
                                        MATHEW W. PILE
                                        Associate General Counsel
                                        Social Security Administration

                               By:      /s/ *Zachary Berkoff-Cane*
                                        ZACHARY BERKOFF-CANE
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant

**ORDER**

Based upon the parties' foregoing Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment for Plaintiff and close the case.

IT IS SO ORDERED.

Dated:  **January 27, 2023**                  /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE